UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cv-00510-FDW-DSC

| TONY OSIAS, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) |  |
|  | ) | ORDER |
| ALEJANDRO MAYORKAS, STEVEN FRANCIS, and TAE JOHNSON, | ) |  |
| Defendant. | ) |  |

THIS MATTER is before the Court on Plaintiff's *pro se* Motion for Reconsideration (Doc. No. 5), after this Court dismissed this case without prejudice for failure to either pay the filing fee or file an application to proceed without payment, (Doc. No. 3). For the reasons set forth in the Motion, Plaintiff's Motion for Reconsideration is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Reconsideration (Doc. No. 5) is GRANTED. The Clerk of Court is respectfully directed to reopen this case to allow this Court to consider Plaintiff's Motion to Proceed in Forma Pauperis, filed on January 3, 2023. (Doc. No. 6).

IT IS SO ORDERED.

Signed: January 4, 2023

Frank D. Whitney
United States District Judge