UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00510-FDW-DSC

| | |
|---|---|
| TONY OSIAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALEJANDRO MAYORKAS, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

The Plaintiff, who is proceeding *pro se*, seeks to proceed with this civil action without having to prepay costs associated with prosecuting the matter. [Doc. 6]. The Court denied Plaintiff's initial motion to proceed in forma pauperis (IFP) without prejudice to amending his application or paying the filing fee within 21 days of the Court's Order. [Doc. 8]. The Court advised Plaintiff that this action would be dismissed without prejudice and without further notice to Plaintiff should he fail to comply with the Court's Order. [Id. at 1-2]. Plaintiff has not complied and the deadline to do so has expired. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate this proceeding.

Signed: February 11, 2023

Frank D. Whitney
United States District Judge